IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>          Plaintiff,<br><br>     v.<br><br>SURJIT SINGH,<br><br>          Debtor.<br><br>─────────────────────────<br><br>JPMORGAN CHASE BANK, N.A.,<br><br>          Garnishee. | Case No. 2:22-MC-00184-JAM-KJN<br><br>**FINAL ORDER OF GARNISHMENT**<br><br>Criminal Case No. 2:13-CR-00084-JAM |

On June 7, 2022, the United States filed an Application for Writ of Continuing Garnishment against Surjit Singh's ("Debtor") interest in property. ECF 1. The Clerk of the Court issued the Writ and Clerk's Notice to Debtor. ECF 3, 4. The United States served the Writ and related documents on JPMorgan Chase Bank, N.A. ("Garnishee"), Debtor's attorney and Debtor's spouse. ECF 5, 6 and 7.

On July 28, 2022, Garnishee served its Acknowledgment of Service and Answer of Garnishee on Debtor's attorney, Debtor's spouse, and the United States ("Answer"). ECF 8. In its Answer, Garnishee stated that it has possession of the following accounts in which Debtor and/or his spouse, Beera Kaur, has an interest:

      Checking Account ******0912   $10,679.36

      Checking Account ******1776   $434,004.92

*Id.*

Debtor and Debtor's spouse did not file a claim of exemption to the proposed garnishment or request a hearing, did not object to Garnishee's Answer, and did not otherwise object to the United States' garnishment action.

Pursuant to 28 U.S.C. § 636(b)(1) and Local Rule 302, on September 26, 2022, the Magistrate Judge issued findings and recommendations that recommended that the United States' request for final order of garnishment be granted and ordered that any objections were due within fourteen (14) days after service. ECF 13. The United States served the findings and recommendations on Debtor's attorney and Debtor's spouse on September 28, 2022. ECF 14. Neither Debtor nor his spouse objected and the time to do so has passed.

In accordance with 28 U.S.C. § 636(b)(1)(C), the Court has conducted a *de novo* review of the case. Having carefully reviewed the file, the Court concludes that the Magistrate Judge's findings and recommendations are supported by the record and by proper analysis.

Accordingly, IT IS HEREBY ORDERED THAT:

1. The Findings and Recommendations for Final Order of Continuing Garnishment (ECF 13) are ADOPTED IN FULL;

2. JPMorgan Chase Bank, N.A. is directed to pay to the Clerk of the United States District Court all of the funds held by Garnishee in the checking accounts ending in 0912 and 1776 within fifteen (15) days of the filing of this Final Order of Garnishment. Payment shall be made in the form of a cashier's check, money order, or company draft, made payable to the "Clerk of the Court," and delivered to:

      Office of the Clerk
      501 I St., Rm. 4-200
      Sacramento, CA 95814

The criminal docket number (2:13-CR-00084-JAM) shall be stated on the payment instrument;

///

///

3. The Court shall retain jurisdiction to resolve matters through ancillary proceedings in the case, if necessary; and

4. The garnishment shall terminate when the payment is deposited with the Clerk of the Court.

**IT IS SO ORDERED.**

DATED:  October 14, 2022

/s/ John A. Mendez
THE HONORABLE JOHN A. MENDEZ
SENIOR UNITED STATES DISTRICT JUDGE

FINAL ORDER OF GARNISHMENT      3